UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No: 3:13-cv-1306-J-39JRK

CAROLINE M. BARKER,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Magistrate Judge James R. Klindt's Report and Recommendation (Doc. No. 9), entered on February 4, 2014. In the Report, Magistrate Judge Klindt recommends that Plaintiff's Motion for Entry of Default Judgment (Doc. No. 6) be granted in part, and that the Clerk of the Court be directed to enter judgment in favor of Plaintiff. No objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1)(C). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge and grant the Motion. Accordingly, it is hereby

**ORDERED:**

1. Magistrate Judge James R. Klindt's Report and Recommendation (Doc. No. 9) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Entry of Default Judgment (Doc. No. 6) is **GRANTED in part** as provided in the Report and Recommendation.

3. The Clerk is directed to enter final judgment by default in favor of Plaintiff, and against Defendant, Caroline M. Barker, in the following amounts: $8,197.55 in principal; $3,938.21 in prejudgment interest as of March 2, 2010; prejudgment interest on the total principal amount accruing at the rate of 3.28 percent and a daily rate of $0.74 from March 2010 through June 30, 2010, and thereafter through the date of judgment at such rate as the Department of Education establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. § 1077a; post-judgment interest accruing at the legal rate established by 28 U.S.C. § 1961; $760.00 in attorneys' fees; and $45.00 in costs.

4. This case is **DISMISSED WITH PREJUDICE**. The Clerk shall close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 5th day of June, 2014.

BRIAN J. DAVIS
United States District Judge

- 3 -

bb
Copies furnished to:

The Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record

Caroline M. Barker
12988 Canyon Creek Trail
Jacksonville FL 32246-6653